JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITA RODRIGUEZ, on behalf of herself and others similarly situated,<br><br>  Plaintiff,<br><br>vs.<br><br>AUTOZONERS, LLC; and DOES 1 to 100, inclusive,<br><br>  Defendants. | Case No. 5:23-cv-01236-RGK-SK<br><br>**CLASS ACTION**<br><br>[PROPOSED] **ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. PROC. 41(a)(1)(A)(ii)**<br><br>Action Filed: March 9, 2023<br>Action Removed: June 26, 2023<br>Trial Date:       TBD |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the stipulation of the Parties, the Court hereby orders that the class action claims in the above-captioned matter is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: __8/8/2023__, 2023

By ___*/s/ Gary Klausner*___
Honorable R. Gary Klausner
United States District Judge

---

ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. PROC. 41(a)(1)(A)(ii)

1